IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH VERDUCCI,

    Plaintiff,                      No. CIV S-10-1486 FCD GGH P

    vs.

MARSH, et al.,

    Defendants.                 FINDINGS & RECOMMENDATIONS

/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        By order filed October 5, 2010, the court determined that plaintiff had stated a colorable claim against defendants Jackson, Marsh and Solano County Jail solely with respect to plaintiff's claims involving a kosher diet. The court also dismissed plaintiff's claims against these defendants regarding defendants failing to provide him with Jewish services or Jewish reading materials, with twenty-eight days leave to amend. The twenty-eight day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that the claims involving Jewish services and Jewish reading materials be dismissed from this action. See Local Rule 110; Fed.

1

1 | R. Civ. P. 41(b).

2 | These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 15, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH: AB
verd1486.dis